### PRATT *v.* TOWN OF DECATUR.

BECK, J. 1. The rulings of the court in excluding and admitting evidence pending the trial were not erroneous for any of the reasons stated in the motion for a new trial. -

2. While there were certain inaccuracies in those portions of the charge to the jury complained of in the motion, they were not of such character, in view of the entire record, as to require the grant of a new trial.

*Judgment affirmed. All the Justices concur.*

DECEMBER 14, 1916.

Illegality of execution. Before Judge Smith. DeKalb superior court. October 14, 1915.

*Green, Tilson & McKinney,* for plaintiff in error.

*L. J. Steele,* contra.